THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL POPE, Appellant. (Appeal No. 1.) [775 NYS2d 669]—

Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered January 8, 1999. The judgment convicted defendant, upon a jury verdict, of sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of sexual abuse in the first degree (Penal Law § 130.65 [3]). Contrary to defendant's contention, the inconsistencies in the testimony of the People's witnesses do not render the verdict against the weight of the evidence (*see People v Horne*, 2 AD3d 1399 [2003]; *People v Walker*, 256 AD2d 1183, 1184 [1998], *lv denied* 93 NY2d 858 [1999]; *People v Bell*, 234 AD2d 915, 915-916 [1996], *lv denied* 89 NY2d 1009 [1997]; *see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Moreover, County Court did not abuse its discretion in denying without a hearing defendant's motion to vacate the judgment pursuant to CPL 440.10. "Since the child's recantation merely impeached or contradicted . . . her former testimony, it failed to constitute 'newly discovered' evidence within the meaning of CPL 440.10 (1) (g)" (*People v Cassels*, 260 AD2d 392, 393 [1999], *lv denied* 93 NY2d 1043 [1999]). Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL POPE, Appellant. (Appeal No. 2.) [775 NYS2d 670]—Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered February 6, 2001. The order denied the motion of defendant pursuant to CPL 440.10 to vacate his judgment of conviction.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Pope* (6 AD3d 1128 [2004]). Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.